**UNPUBLISHED**

UNITED STATES COURT OF APPEALS
FOR THE FOURTH CIRCUIT

─────────────

**No. 09-7266**

─────────────

UNITED STATES OF AMERICA,

                    Plaintiff - Appellee,

          v.

JOHN WILLIAMS, JR., a/k/a Cecil,

                    Defendant - Appellant.

─────────────

Appeal from the United States District Court for the Eastern
District of North Carolina, at New Bern.   Louise W. Flanagan,
Chief District Judge.  (5:04-cr-00322-FL-1)

─────────────

Submitted:  April 13, 2010            Decided:  April 21, 2010

─────────────

Before KING, GREGORY, and AGEE, Circuit Judges.

─────────────

Affirmed by unpublished per curiam opinion.

─────────────

John Williams, Jr., Appellant Pro Se. Anne Margaret Hayes,
Rudolf A. Renfer, Jr., Assistant United States Attorneys,
Raleigh, North Carolina, for Appellee.

─────────────

Unpublished opinions are not binding precedent in this circuit.

PER CURIAM:

John Williams, Jr., appeals the district court's order denying his motion for a reduction of sentence under 18 U.S.C. § 3582(c) (2006). We have reviewed the record and find no reversible error. Accordingly, we affirm for the reasons stated by the district court. United States v. Williams, No. 5:04-cr-00322-FL-1 (E.D.N.C. July 1, 2009). We deny Williams' motion to appoint counsel and dispense with oral argument because the facts and legal contentions are adequately presented in the materials before the court and argument would not aid the decisional process.

AFFIRMED

2